IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Civil Action No.: 2:19-CV-00046-UA-UAM

| | |
|---|---|
| NICOLE BARILLA, CHARLES MCDONALD, and LOIS KERR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SETERUS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF KARL S. GWALTNEY and ASA C. EDWARDS** |

NOW COMES Scott Harris, as attorney for Plaintiffs Nicole Barilla, Charles McDonald, and Lois Kerr hereby provides notice in response to Docket Entries 15 & 16 that attorneys Karl S. Gwaltney and Asa C. Edwards, of Maginnis Law, PLLC, do not intend to move for *pro hac* admission at this time and withdraw their appearance in this matter.

This the 25th day of April, 2019.

**WHITFIELD BRYSON & MASON LLP**

BY: /s/ *Scott C. Harris*
SCOTT C. HARRIS
Florida Bar No. 103905
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone:   919.600.5000
Fax:             919.600.5035
scott@wbmllp.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned certifies that he has this day caused a copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF KARL S. GWALTNEY and ASA C. EDWARDS** be filed with the Clerk of Court using the CM/ECF system which will send electronic notification of this filing to all counsel of record.

This the 25th day of April, 2019.

**WHITFIELD BRYSON & MASON LLP**

BY: /s/ *Scott C. Harris*
SCOTT C. HARRIS
Florida Bar No. 103905
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone:   919.600.5000
Fax:              919.600.5035
scott@wbmllp.com
*Attorney for Plaintiff*