UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLE BARILLA, LOIS KERR, CHARLES MCDONALD, and SUSAN SAVAGE, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.      Case No.: 2:19-cv-00046-JLB-NPM

SETERUS, INC., and NATIONSTAR MORTGAGE LLC, as successor in interest to Seterus, Inc.,

    Defendants.
_____/

## ORDER

The parties have reached an agreement in principle to settle this case on a class-wide basis. (Doc. 95.) They further represent that they will file the proposed agreement by December 17, 2020. Accordingly, it is **ORDERED**:

1. The case is **STAYED** until further order of the Court.

2. **No later than December 17, 2020**, the parties shall either provide the Court with the information necessary to seek settlement approval under Federal Rule of Civil Procedure 23(e) or file a joint report on the status of the settlement.

**ORDERED** in Fort Myers, Florida, on November 4, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE